UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

JEFFERY MOERKE,

    Plaintiff,

Case No. 12-CV-903

v.

ALTEC INDUSTRIES, INC.,
HETRONIC USA, INC., and
LEXINGTON INSURANCE COMPANY

    Defendants.

**ORDER FOR DISMISSAL WITH PREJUDICE AND APPROVAL OF SETTLEMENT**

On the basis of the foregoing stipulation, IT IS HEREBY ORDERED AND ADJUDGED:

1. That the settlement reached among the above-captioned parties in the foregoing stipulation is approved pursuant to the provisions of Wis. Stat. § 102.29(1)(d);

2. That this matter be, and hereby is, dismissed with prejudice and without costs, each party to bear his or its own costs and attorney fees incurred herein.

Dated this 9th day of May, 2014.

*Barbara B. Crabb*
HON. STEPHEN L. CROCKER
United States ~~Magistrate~~ District Judge